# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK BEGAY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED RENTALS (NORTH AMERICA), INC., *et al.*, <br><br> Defendant. | Case No. 2:16-cv-00148-JAD-GWF <br><br> **ORDER OF RECUSAL** |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 1st day of March, 2016.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE