PHILIP M. HYMANSON, ESQ.
Nevada Bar No. 2253
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:  hymansonp@gtlaw.com
            opiea@gtlaw.com

*Counsel for Defendants JLG Industries, Inc.
and Oshkosh Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEREK BEGAY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED RENTALS (NORTH AMERICA), INC.; JLG INDUSTRIES, INC.; OSHKOSH CORPORATION; DOES I though X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-00148-JAD-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** <br><br> **(FIRST REQUEST)** |

Plaintiff, Derek Begay, on the one hand, and Defendants, JLG Industries, Inc. and Oshkosh Corporation (collectively, "Defendants"), on the other hand, by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed a Complaint and Demand for Jury Trial (Doc. 1) in this matter on January 27, 2016;

WHEREAS, Defendant Oshkosh Corporation was served with Plaintiff's Complaint and Demand for Jury Trial on March 3, 2016;

*LV 420655528v1*

WHEREAS, Defendant JLG Industries, Inc. was served with Plaintiff's Complaint and Demand for Jury Trial on March 17, 2016;

WHEREAS, the deadline to file a responsive pleading on behalf of Oshkosh Corporation and JLG Industries, Inc. is March 24, 2016 and April 7, 2016, respectively. In an effort to minimize duplicative filings, Defendants will file a joint responsive pleading by and through their counsel, Greenberg Traurig, LLP, on or before April 7, 2016.

NOW THEREFORE, the Parties, through their respective counsel of record, agree and stipulate that Defendants Oshkosh Corporation and JLG Industries, Inc. shall file a responsive pleading on or before April 7, 2016.

DATED this 23rd day of March, 2016.

GREENBERG TRAURIG, LLP

By: /s/ Alayne Opie
PHILIP M. HYMANSON, ESQ.
Nevada Bar No. 2253
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, Nevada 89169
*Counsel for Defendants JLG Industries, Inc. and Oshkosh Corporation*

DATED this 23 day of March, 2016.

CRAIG P. KENNY & ASSOCIATES

By: _____
LAWRENCE E. MITTIN, ESQ.
Nevada Bar No. 5428
501 S. 8th Street
Las Vegas, Nevada 89101
*Counsel for Plaintiff Derek Begay*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2016.

LV 420655528v1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), 45, I hereby certify that on the 23rd day of March, 2016, a copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING (FIRST REQUEST)** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Courts' CM/ECF system.

*/s/ Shayna Noyce*
An employee of GREENBERG TRAURIG, LLP

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*LV 420655528v1*